No. 77–1430. STRICKLAND ET AL. *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 77–1432. KILRAIN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1435. SMITH *v.* UNITED STATES AIR FORCE ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–1447. RETAIL STORE EMPLOYEES UNION, LOCAL 876, RETAIL CLERKS INTERNATIONAL ASSN., AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 77–1455. PENNSYLVANIA *v.* POWELL. Sup. Ct. Pa. Certiorari denied.

No. 77–1457. LLOYD WOOD CONSTRUCTION CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–1466. BOSWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1468. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–1470. DELTA AIR LINES, INC. *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–1476. ATLANTIC PRODUCE CO., INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–1486. GARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.